**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-19799
§
JOSEPHINE SALAS §
§
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/21/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/24/2013        By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-19799
§
JOSEPHINE SALAS §
§
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,000.00
*and approved disbursements of* $33.09
*leaving a balance on hand of[1]:* $6,966.91

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $6,966.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |
| David P. Leibowitz, Trustee Expenses | $3.92 | $0.00 | $3.92 |
| Lakelaw, Attorney for Trustee Fees | $1,442.50 | $0.00 | $1,442.50 |
| Lakelaw, Attorney for Trustee Expenses | $12.88 | $0.00 | $12.88 |

Total to be paid for chapter 7 administrative expenses: $2,909.30
Remaining balance: $4,057.61

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

Remaining balance: $4,057.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,057.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $53,779.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $16,090.93 | $0.00 | $1,214.04 |
| 3 | PRA Receivables Management, LLC/ SEARS | $296.33 | $0.00 | $22.36 |
| 4 | Candica LLC | $1,883.86 | $0.00 | $142.13 |
| 5 | East Bay Funding, LLC | $15,394.59 | $0.00 | $1,161.50 |
| 6 | eCAST Settlement Corporation/ Chase Bank USA, N.A. | $5,307.29 | $0.00 | $400.43 |
| 7 | East Bay Funding, LLC/ Bank of America | $14,806.72 | $0.00 | $1,117.15 |

Total to be paid to timely general unsecured claims: $4,057.61
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 09-19799-JBS
Josephine Salas                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 2              Date Rcvd: Oct 31, 2013
                              Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2013.
```
db         +Josephine Salas,    2728 N. Drake,    Chicago, IL 60647-1235
aty        +Lakelaw,   420 W. Clayton Street,    Waukegan, IL 60085-4216
13985044   +BANK OF America,   Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14274360  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,   NORCROSS, GA   30091)
13985043   +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14126205   +Capital One,    Bankruptcy Dept,   P O Box 5294,    Carol Stream, IL 60197-5294
14399887    Chase Bank USA NA by eCAST Settlement Corporation,     as its agent,    POB 35480,
              Newark NJ 07193-5480
14126152   +GMAC Mortgage,    Attn: Bankruptcy Dept,    P O Box 4622,    Waterloo, IA 50704-4622
14034450   +GMAC Mortgage LLC,    c/o Codilis & Associates PC,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
13985040   +GMAC Mortgage, LLC,    c/o Codilis & Associates, PC,    15W030 North Frontage Road, Ste 100,
              Burr Ridge, IL 60527-6921
13985041   +Nelson Salas,    2728 N. Drake,    Chicago, IL 60647-1235
14270862   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,     c/o Sears,
              POB 41067,   NORFOLK VA 23541-1067
13985046  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank NA,    US Bank NA/,   N.A. Retail Payment Solutions aka Elan,
               PO Box 5229,   Cincinnati, OH 45201)
14493119    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17416896    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:28:28     B-Line, LLC,
             P.O. Box 91121,   Dept. 550,   Seattle, WA 98111-9221
15452574   +E-mail/Text: bncmail@w-legal.com Nov 01 2013 01:13:54     Candica LLC,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13992511    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2013 01:25:28    DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
13985045    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2013 01:25:28    Discover,
             Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850
18138152   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:26:17    East Bay Funding, LLC,
             c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
14442442    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:28:28
             FIA Card Services NA aka Bank of America,   c/o B-Line, LLC,   MS 550,   PO Box 91121,
             Seattle, WA 98111-9221
14625259    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2013 01:23:59    Roundup Funding, LLC,
             MS 550,   PO Box 91121,   SEATTLE, WA 98111-9221
13985042    E-mail/PDF: cbp@slfs.com Nov 01 2013 01:26:11    American General Finance,
             Attn: Bankruptcy Dept.,   3027 N Pulaski Rd,   Chicago, IL 60641
                                                                                             TOTAL: 8
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13985039   ##+Premium Asset Recovery,    Attn: Bankruptcy Dept.,   350 Jim Moran Blvd Ste 2,
              Deerfield Beach, FL 33442-1782
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2013                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Oct 31, 2013
                              Form ID: pdf006             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gloria C  Tsotsos    on behalf of Creditor    GMAC MORTGAGE LLC nd-two@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    GMAC MORTGAGE LLC nd-one@il.cslegal.com
              Manuel A. Cardenas    on behalf of Debtor Josephine  Salas manuelantonio_cardenas@yahoo.com,
               mac.cardenaslaw@att.net,   edwinusa@att.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Ralston    on behalf of Creditor    Candica LLC richardr@w-legal.com,
               chapter-13@w-legal.com
                                                                                             TOTAL: 7
```