# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-19799 |
| | § | |
| JOSEPHINE SALAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $758,645.00 | Assets Exempt: | $37,625.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,057.61 | Claims Discharged Without Payment: | $50,956.11 |
| Total Expenses of Administration: | $2,942.39 | | |

3) Total gross receipts of $7,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $545,952.00 | $379,345.37 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,942.39 | $2,942.39 | $2,942.39 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $50,798.00 | $53,779.72 | $53,779.72 | $4,057.61 |
| **Total Disbursements** | $596,750.00 | $436,067.48 | $56,722.11 | $7,000.00 |

4). This case was originally filed under chapter 0 on 05/30/2009. The case was converted to one under Chapter 7 on 11/29/2012. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2014     By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 15 Bellemonte, Middletown, OH 45042 | 1110-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GMAC Mortgage LLC | 4110-000 | $383,146.00 | $379,345.37 | $0.00 | $0.00 |
| | American General Finance | 4110-000 | $162,806.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$545,952.00** | **$379,345.37** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.92 | $3.92 | $3.92 |
| Green Bank | 2600-000 | NA | $33.09 | $33.09 | $33.09 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,442.50 | $1,442.50 | $1,442.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $12.88 | $12.88 | $12.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,942.39** | **$2,942.39** | **$2,942.39** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-900 | $15,623.00 | $16,090.93 | $16,090.93 | $1,214.04 |
| 3 | PRA Receivables Management, LLC/ SEARS | 7100-900 | NA | $296.33 | $296.33 | $22.36 |
| 4 | Candica LLC | 7100-900 | NA | $1,883.86 | $1,883.86 | $142.13 |
| 5 | East Bay Funding, LLC | 7100-000 | $15,500.00 | $15,394.59 | $15,394.59 | $1,161.50 |
| 6 | eCAST Settlement Corporation/ Chase Bank USA, N.A. | 7100-900 | $5,229.00 | $5,307.29 | $5,307.29 | $400.43 |
| 7 | East Bay Funding, LLC/ Bank of America | 7100-900 | $13,212.00 | $14,806.72 | $14,806.72 | $1,117.15 |
|  | Capital One | 7100-000 | $1,184.00 | NA | NA | $0.00 |
|  | Premium Asset Recovery | 7100-000 | $50.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $50,798.00 | $53,779.72 | $53,779.72 | $4,057.61 |

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 09-19799-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SALAS, JOSEPHINE | Date Filed (f) or Converted (c): | 11/29/2012 (c) |
| For the Period Ending: | 1/16/2014 | §341(a) Meeting Date: | 01/03/2013 |
| | | Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2728 N. Drake Chicago, IL 60647 - (Debtors primary residence) Joint w/spouse Nelson Salas | $510,000.00 | $111,854.00 | | $0.00 | FA |
| 2  4638 W. McClain, Chicago, IL | $210,000.00 | $47,194.00 | | $0.00 | FA |
| 3  15 Bellemonte, Middletown, OH 45042 | $42,500.00 | $42,500.00 | | $7,000.00 | FA |
| **Asset Notes:** Debtor paid the estate for the non-exempt value. | | | | | |
| 4  Checking account with Bank Of America | $20.00 | $0.00 | | $0.00 | FA |
| 5  Checking account with Corus Bank | $50.00 | $0.00 | | $0.00 | FA |
| 6  Household goods; TV, DVD player, sofa, table, chairs, lamps, bedroom set, microwave, pots/pans, dishes/flatware | $2,000.00 | $0.00 | | $0.00 | FA |
| 7  Books, Compact Discs, Tapes/Records, Family Pictures | $50.00 | $0.00 | | $0.00 | FA |
| 8  Necessary wearing apparel. | $150.00 | $0.00 | | $0.00 | FA |
| 9  Earrings, watch, costume jewelry | $25.00 | $0.00 | | $0.00 | FA |
| 10  401K) w/ Employer/Former Employer - 100% Exempt. | $16,000.00 | $0.00 | | $0.00 | FA |
| 11  2007 Dodge Caliber w/over 30,000 miles | $12,475.00 | $8,145.00 | | $0.00 | FA |
| 12  1990 Kia Sportage w/over 190,000 miles (Son drives) Needs major cosmetic work | $3,000.00 | $3,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$796,270.00     $212,693.00             $7,000.00     $0.00

**Major Activities affecting case closing:**

02/07/2013  File 549 Notice and Sell Property in Ohio located at 15 Bellemonte, Middletown, OH 45042

Have Noah check on Properties in Illinois

See if Debtor's are willing to pay equity on Ohio Property as well but we will value the property first.

Need to see copy of 2012 Tax Return - Debtor was instructed not to spend refund otherwise she could lose her discharge.

DPL would like to see rental income on property. Need accounting and all bank records for a year prior to filing.

Need to see bank records back to 2009 to present.

Debtor has been operating rental properties since the filing of her Chapter 13.

Need current mortgage statements. Try to put everything in electronic format as it would be much easier to view.

05/31/2013  Motion to sell estate's interest to be prepared.

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| **Case No.:** | 09-19799-JBS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | SALAS, JOSEPHINE | **Date Filed (f) or Converted (c):** | 11/29/2012 (c) |
| **For the Period Ending:** | 1/16/2014 | **§341(a) Meeting Date:** | 01/03/2013 |
| | | **Claims Bar Date:** | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/25/2013 | Motion to sell the estate's equity set for 7/18/2013 |
| | Review of claims. |
| | TFR to be prepared. |
| 07/19/2013 | Motion to Sell Granted 7/18/13 |
| 09/16/2013 | TFR completed for Trustee's review. |

**Initial Projected Date Of Final Report (TFR):** 05/31/2014

**Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Page No: 1
Case 09-19799 Doc 78 Filed 02/10/14 Entered 02/10/14 14:42:49 Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 7 of 9
Exhibit 9

| Case No. | 09-19799-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SALAS, JOSEPHINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2204 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2013 | (3) | JOSEPHINE SALAS | Payment for the Ohio Property. | 1110-000 | $1,000.00 | | $1,000.00 |
| 05/31/2013 | (3) | JOSEPHINE SALAS | Payment for the Ohio Property. | 1110-000 | $1,500.00 | | $2,500.00 |
| 05/31/2013 | (3) | JOSEPHINE SALAS | Payment for the Ohio Property. | 1110-000 | $1,500.00 | | $4,000.00 |
| 05/31/2013 | (3) | JOSEPHINE SALAS | Payment for the Ohio Property. | 1110-000 | $1,500.00 | | $5,500.00 |
| 05/31/2013 | (3) | JOSEPHINE SALAS | Payment for the Ohio Property. | 1110-000 | $1,500.00 | | $7,000.00 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.83 | $6,990.17 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.28 | $6,978.89 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.98 | $6,966.91 |
| 11/22/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,450.00 | $5,516.91 |
| 11/22/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.92 | $5,512.99 |
| 11/22/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,442.50; Amount Allowed: 1,442.50; Distribution Dividend: 100.00; | 3110-000 | | $1,442.50 | $4,070.49 |
| 11/22/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 12.88; Amount Allowed: 12.88; Distribution Dividend: 100.00; | 3120-000 | | $12.88 | $4,057.61 |
| 11/22/2013 | 3005 | East Bay Funding, LLC | Claim #: 5; Amount Claimed: 15,394.59; Amount Allowed: 15,394.59; Distribution Dividend: 7.54; | 7100-000 | | $1,161.50 | $2,896.11 |
| 11/22/2013 | 3006 | eCAST Settlement Corporation/ Chase Bank | Claim #: 6; Amount Claimed: 5,307.29; Amount Allowed: 5,307.29; Distribution Dividend: 7.54; | 7100-900 | | $400.43 | $2,495.68 |
| 11/22/2013 | 3007 | East Bay Funding, LLC/ Bank of America | Claim #: 7; Amount Claimed: 14,806.72; Amount Allowed: 14,806.72; Distribution Dividend: 7.54; | 7100-900 | | $1,117.15 | $1,378.53 |
| 11/22/2013 | 3008 | DISCOVER BANK | Claim #: 1; Amount Claimed: 16,090.93; Amount Allowed: 16,090.93; Distribution Dividend: 7.54; | 7100-900 | | $1,214.04 | $164.49 |
| 11/22/2013 | 3009 | PRA Receivables Management, LLC/ SEARS | Claim #: 3; Amount Claimed: 296.33; Amount Allowed: 296.33; Distribution Dividend: 7.54; | 7100-900 | | $22.36 | $142.13 |
| 11/22/2013 | 3010 | Candica LLC | Claim #: 4; Amount Claimed: 1,883.86; Amount Allowed: 1,883.86; Distribution Dividend: 7.54; | 7100-900 | | $142.13 | $0.00 |

| | | | | **SUBTOTALS** | $7,000.00 | $7,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 09-19799-JBS | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | SALAS, JOSEPHINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2204 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,000.00 | $7,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,000.00 | $7,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,000.00 | $7,000.00 | |

**For the period of 5/30/2009 to 1/16/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/31/2013 to 1/16/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 09-19799-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SALAS, JOSEPHINE | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2204 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/30/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/16/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,000.00 | $7,000.00 | $0.00 |

| For the period of 5/30/2009 to 1/16/2014 | | For the entire history of the case between 11/29/2012 to 1/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,000.00 | Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 | Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,000.00 | Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 | Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ